IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL WILLIAMS, #113338,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 10-0363-WS-C** |
| **BILL WYNNE,** *et al.*, : | |
| Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** this 30th day of August, 2011.

                                                  s/WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE